AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 MAR 18 AM 11: 11

CLERK
BY _____
DEPUTY CLERK

United States of America )
v. ) Case No. 2-25-cr-00024
Saul Mazariegos-Estrada )
Defendant )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/17/25

_X_____
Defendant's signature

_____
Signature of defendant's attorney

Emily Kenyon
Printed name of defendant's attorney

_____
Judge's signature

Christina Reiss, Chief District Court Judge
Judge's printed name and title